LONG ISLAND BOTTLERS' UNION, Appellant, *v.* S. LIEBMANN'S SONS BREWING COMPANY, Respondent.

*L. I. Bottlers' Union* v. *Liebmann's Sons Br. Co.*, 83 App. Div. 146, affirmed.

(Argued December 13, 1904; decided December 30, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1903, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Charles M. Stafford* for appellant.

*Walter H. Liebmann* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.